**Francis W. GUIDRY, Jr.**

v.

**Richard Allan SAVOIE and River Parish Contractors, Inc.**

**Richard Allan Savoie**

v.

**Francis Guidry, Jr. and River Parish Contractors, Inc.**

**NO. 2016-01218**

Supreme Court of Louisiana.

October 17, 2016

Applying For Writ of Certiorari and/or Review, Parish of St. John, 40th Judicial

District Court Div. C, No. 60,742 C/W 60,871; to the Court of Appeal, Fifth Circuit, No. 15-CA-809 C/W 15-CA-810

Denied.

WEIMER, J., recused.